**CRUZ_P.taxgar1**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 98-00084 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **APPLICATION FOR WRIT** |
| ) | **OF GARNISHMENT** |
| PETER L.G. CRUZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

APPLICATION FOR WRIT OF GARNISHMENT

    The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the District Court of Guam to issue a Writ of Garnishment upon the judgment entered against the Defendant-Judgment Debtor PETER L.G. CRUZ, whose last known mailing address is: P.O. Box XXXXX, GMF, Guam 96921, (hereinafter "Debtor"), in the above cited action for the sum of $7,648.49 which includes a $100.00 special assessment fee and restitution in the amount of $7,548.49.

    There is a balance of $7,523.49, as of April 30, 2008.

//

//

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days and the Debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which Defendant-Judgment Debtor PETER L.G. CRUZ has a substantial nonexempt interest.

The names and address of the Garnishees or his authorized agents is:

> Department of Revenue & Taxation
> Attn.: Artemio B. Ilagan, Director
> P.O. Box 23607
> GMF, Guam 96921

DATED this 1st day of May, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI


By: /s/ Jessica F. Cruz
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov
