**CRUZ_P.gar1**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 98-00084 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **APPLICATION FOR WRIT** |
| ) | **OF GARNISHMENT** |
| PETER L.G. CRUZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant-Judgment Debtor PETER L.G. CRUZ, whose last known mailing address is: P.O. Box XXXXX, GMF, Guam 96921, (hereinafter "Debtor"), in the above cited action for the sum of $7,648.49 which includes a $100.00 special assessment fee and restitution in the amount of $7,548.49.

There is a balance of $7,523.49, as of April 30, 2008.

//

//

| | |
|---|---|
| 1 | Demand for payment of the above-stated debt was made upon the debtor not less than 30 |
| 2 | days from today and the Debtor has failed to satisfy the debt. |
| 3 | In accordance with Public Law No. 28-151 (citing to *Rios v. Camacho, et al.*, Superior |
| 4 | Court Case No. SP0206-93) and upon information and belief, Debtor has the right to, and |
| 5 | interest in, funds in the possession of the Government of Guam Retirement Fund as beneficiary |
| 6 | of the Estate of Victoria Perez Leon Guerrero and/or Jesus Taitingfong Cruz. |
| 7 | The names and address of the Garnishees or his authorized agent is: |

> Government of Guam Retirement Fund
> 424 Route 8
> Maite, Guam 96910

DATED this 14th day of May, 2008.

> LEONARDO M. RAPADAS
> United States Attorney
> Districts of Guam and the NMI
>
> By: /s/ Jessica F. Cruz
> JESSICA F. CRUZ
> Assistant U.S. Attorney
> Jessica.F.Cruz@usdoj.gov
> MIKEL W. SCHWAB
> mikel.schwab@usdoj.gov

- 2 -