**CRUZ_P.TaxGarSvc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 98-00084 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| PETER L.G. CRUZ, ) | |
| Defendant, ) | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, ) | |
| Garnishee. ) | |

I hereby certify that on **May 2, 2008**, I electronically filed **Application for Writ of Garnishment** and on **May 9, 2008**, I electronically filed **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** with the Clerk of Court using the CM/ECF system and filed copies of the following: **Application for Writ of Garnishment, Order Granting**

//

//

**Court Approval for the District Court Clerk to Issue a Writ of Garnishment, Writ of Garnishment; Instructions to the Garnishee**, **Notice of Post-Judgment Clerk's Garnishment; Instructions to Defendant-Judgment Debtor** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to defendant by mail at his last known address and to the garnishee by personal service on **May 13, 2008**.

                                    LEONARDO M. RAPADAS  
                                    United States Attorney  
                                    Districts of Guam and the NMI

DATED: 05/16/08             By:    /s/ Jessica F. Cruz  
                                        JESSICA F. CRUZ  
                                        Assistant U.S. Attorney  
                                        Jessica.F.Cruz@usdoj.gov  
                                        MIKEL W. SCHWAB  
                                        Assistant U.S. Attorney  
                                        mikel.schwab@usdoj.gov