**CRUZ_P.gar2**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    vs.<br><br>PETER L.G. CRUZ,<br><br>          Defendant,<br><br>GOVERNMENT OF GUAM<br>   RETIREMENT FUND,<br><br>          Garnishee. | CRIMINAL CASE NO. 98-00084<br><br>**ORDER GRANTING COURT APPROVAL FOR THE DISTRICT COURT CLERK TO ISSUE A WRIT WRIT OF GARNISHMENT** |

<u>ORDER</u>

IT IS SO ORDERED that the Clerk of the United States District Court, on the application the United States of America, plaintiff, and in accordance with 28 U.S.C. § 3205 is granted this Court's approval to issue a Writ of Garnishment against Defendant Judgment Debtor PETER L.G. CRUZ in the above cited action.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
     **Chief Judge**
**Dated: May 21, 2008**