ORIGINAL

CRUZ_P.taxgar5

FILED
DISTRICT COURT OF GUAM

MAY 28 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PETER L.G. CRUZ,<br><br>    Defendant, | CRIMINAL CASE NO. 98-00084<br><br><br><br>**ANSWER OF THE GARNISHEE** |
| DEPARTMENT OF REVENUE<br>AND TAXATION,<br>GOVERNMENT OF GUAM,<br><br>    Garnishee. | |

ANSWER OF THE GARNISHEE

_____, BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of _____

_____.

   (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____ of a partnership

composed of which Garnishee is a partner.

//

| | |
|---|---|
| 1 | IF GARNISHEE IS A CORPORATION: |
| 2 |     That he/she is the (State Official Title) _____ |
| 3 | of Garnishee, _____ a corporation, organized under the laws of the |
| 4 | _____ _____ . |
| 5 | IF GARNISHEE IS A GOVERNMENT ENTITY: |
| 6 |     State name and address of agency, and name and official title of authorized |
| 7 | representative:    <u>Department of Revenue and Taxation</u> |
| 8 |                       <u>PO Box 23607, Barrigada Guam 96921</u> |
| 9 |                       <u>Paul J. Terlaje</u> |
| 10 |                       <u>Taxpayer Service Administrator</u> |
| 11 |     1.    On _____, 2008, Garnishee was served with the |
| 12 | Writ of Garnishment. For the pay period in effect on the date of service (shown above) |
| 13 | Yes   No |
| 14 | \_\_\_   ✓   Defendant was in my/our employ. |
| 15 |     Pay period is weekly \_\_\_ , bi-weekly \_\_\_, semi-monthly \_\_\_, monthly \_\_\_. |
| 16 |     The Defendant's present pay period began on _____. |
| 17 |     (Present means the pay period in which this order and notice of |
| 18 | garnishment were served) |
| 19 |     The Defendant's present pay period ends on _____ |
| 20 |     Enter amount of net wages. Calculate below: |
| 21 |         (a) Gross Pay                  $_____ |
| 22 |         (b) Federal income tax      _____ |
| 23 |         (c) F.I.C.A. income tax      _____ |
| 24 |         (d) State/Local income tax  _____ |
| 25 |     Total of tax withholdings        $_____ |
| 26 |     Net Wages                           $_____ (a less total of b,c,d) |
| 27 | // |
| 28 | // |

- 2 -

Case 1:98-cr-00084  Document 47  Filed 05/28/2008  Page 2 of 4

| Yes | No | | |
|---|---|---|---|
| ___ | ✓ | 2. | Are you aware of any other garnishments, suggestions or levies currently in effect. If the answers is yes, please attach to this Answer a copy of each garnishment, suggestion or levy. |
| ___ | ✓ | 3. | Do you or will you in the foreseeable future, owe the defendant money? If your answer is yes, please provide the amount of money you will owe, the date or dates on which each payment is due, and the reason why you owe or will owe the money to the Defendant: No record Found |

| Type of Payment | Amount | Date of Payment is Due |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |

4. If you currently have in your custody, control or possession property (other than earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |
| 4._____ | _____ | _____ |

//
//
//
//

8. Check the line below if you deny that you hold property subject to this order of garnishment:

✓ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, PETER L.G. CRUZ, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

9. The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, PETER L.G. CRUZ at P.O. Box XXXXX, GMF, Guam 96921 and (2) the attorneys for the United States, Jessica F. Cruz, Assistant United States Attorney, and Mikel W. Schwab, Assistant U.S. Attorney, U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM
Garnishee

By: _____

Paul J. Terlaje

PO Box 23607, Barrigada Guam 96921

635-1821
Name/address/Phone Number of person preparing Answer

The foregoing instrument was acknowledged before me this _____ day of _____, 2008.

_____
Notary Public