**CRUZ_P.gar7**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 98-00084 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| PETER L.G. CRUZ, | ) | |
| Defendant, | ) | |
| GOVERNMENT OF GUAM RETIREMENT FUND, | ) | |
| Garnishee. | ) | |

I hereby certify that on **May 14, 2008**, I electronically filed **Application for Writ of Garnishment** and on **May 22, 2008**, I electronically filed **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** with the Clerk of Court using the CM/ECF system and filed copies of the following: **Application for Writ of Garnishment, Order Granting**

//

//

**Court Approval for the District Court Clerk to Issue a Writ of Garnishment, Writ of Garnishment; Instructions to the Garnishee**, **Notice of Clerk's Post-Judgment Garnishment; Instructions to Defendant-Judgment Debtor** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to defendant by mail at his last known address and to the garnishee by personal service on **May 22, 2008**.

                                            LEONARDO M. RAPADAS
                                            United States Attorney
                                            Districts of Guam and the NMI

DATED:   6/17/08                 By:     /s/ Mikel W. Schwab
                                                  JESSICA F. CRUZ
                                                    Assistant U.S. Attorney
                                                    Jessica.F.Cruz@usdoj.gov
                                                    MIKEL W. SCHWAB
                                                    Assistant U.S. Attorney
                                                    mikel.schwab@usdoj.gov